**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Porfirio TORRES–RIVAS, also known**
**as Oscar Torres–Reyes, Defendant–**
**Appellant.**

**No. 13–40105.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2013.

Renata Ann Gowiea, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

388

PER CURIAM: *

The Federal Public Defender appointed to represent Porfirio Torres–Rivas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Torres–Rivas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

